EDA

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1384**

In the Matter of                                        Case Number:

MORTON GROVE PHARMACEUTICALS, INC.
V.
THE NATIONAL PEDICULOSIS ASSOCIATION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Morton Grove Pharmaceuticals, Inc.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| W. Gordon Dobie |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ W. Gordon Dobie |

| FIRM |
|---|
| Winston & Strawn LLP |

| STREET ADDRESS |
|---|
| 35 W. Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193308 | (312) 558-5600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐