EDA

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1384**

In the Matter of　　　　　　　　　　　　　　Case Number:

MORTON GROVE PHARMACEUTICALS, INC.
V.
THE NATIONAL PEDICULOSIS ASSOCIATION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Morton Grove Pharmaceuticals, Inc.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) <br> Timothy J. Rivelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Timothy J. Rivelli | |
| FIRM <br> Winston & Strawn LLP | |
| STREET ADDRESS <br> 35 W. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3124639 | TELEPHONE NUMBER <br> (312) 558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |