FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE NATIONAL PEDICULOSIS ASSOCIATION, INC. <br><br> Defendants. | No: **08 C 1384** <br><br> **JURY TRIAL DEMANDED** <br><br> **JUDGE BUCKLO** <br> **MAGISTRATE JUDGE MASON** |

## LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF MORTON GROVE PHARMACEUTICALS, INC..

Plaintiff Morton Grove Pharmaceuticals, Inc. ("Morton Grove"), by and through its attorneys, Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Morton Grove Pharmaceuticals, Inc. has one parent company, Wockhardt USA, Inc. No publicly held company owns 10% or more of the Defendant's stock..

Dated: March 7, 2008                                            Respectfully Submitted,

                                                                MORTON GROVE
                                                                PHARMACEUTICALS, INC.


                                                                By:____/s/ William C. O'Neil__
                                                                     *One of its Attorneys*

William C. O'Neil
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
woneil@winston.com / (312) 558-5600

CHI:2049727.1