# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | No: 08-CV-1384 ) ) |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) Judge Bucklo ) Magistrate Judge Mason ) ) |
| Defendant. | ) ) ) |

## NOTICE OF MOTION

TO:    Debbie L. Berman
       Amanda S. Amert
       Wade A. Thomson
       JENNER & BLOCK LLP
       330 North Wabash Avenue
       Chicago, Illinois 60611

   PLEASE TAKE NOTICE that on Wednesday, March 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present **Morton Grove Pharmaceuticals, Inc.'s Motion to Continue Discovery from Previous Case and Enter Protective Order**, a copy of which accompanies this Notice and is hereby served upon you.

Dated: March 21, 2008          Respectfully Submitted,
                               **MORTON GROVE PHARMACEUTICALS, INC.**

                               By:   /s/ William C. O'Neil
                                    One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of March 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Notice of Motion** to be served on counsel of record via U.S. Mail and email:

                Debbie L. Berman
                Amanda S. Amert
                Wade A. Thomson
                JENNER & BLOCK LLP
                330 North Wabash Avenue
                Chicago, Illinois 60611
                T: (312) 222-9350
                F: (312) 527-0484

                          /s/ William C. O'Neil