**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>THE NATIONAL PEDICULOSIS ASSOCIATION, INC.,<br><br>      Defendant. | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.3(b)

I, William C. O'Neil, submit this Certificate pursuant to Local Rule 16.3(b) that a copy of the notice and all information regarding the Voluntary Mediation Program for Lanham Act Cases has been provided to the required parties. On March 24, 2008 Winston & Strawn LLP provided an electronic copy to our client, Morton Grove Pharmaceuticals, Inc. On March 17, 2008 I provided an electronic copy to Debbie Berman, counsel for Defendant National Pediculosis Association, Inc.

Dated: March 26, 2008       Respectfully Submitted,

                                        William C. O'Neil

                                        __/s/ William C. O'Neil____

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 26 day of March 2008, I caused to be served a copy of the **Certificate Pursuant to Local Rule 16.3(b)** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Amanda S. Amert
>Wade A. Thomson
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

                        /s/ William C. O'Neil