**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason |

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

The undersigned counsel of record for defendant The National Pediculosis Association, Inc., furnishes the following in compliance with Local Rule 3.2 of this Court.

1. Counsel represents National Pediculosis Association, Inc. ("NPA").

2. NPA is a 501(c)(3) non-profit organization located in Needham, Massachusetts.

3. NPA has no parent corporations, and no publicly held company owns 10 percent or more of NPA.

Dated: March 26, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By: s/ Debbie L. Berman
    One of Its Attorneys

Debbie L. Berman (#6205154)
Jennifer A. Hasch (#6272366)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

I, Debbie L. Berman, hereby certify that on March 26, 2008, I caused copies of the foregoing Defendant The National Pediculosis Association, Inc.'s Notification of Affiliates – Disclosure Statement to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli  (*trivelli@winston.com*)
>Cherish M. Keller  (*ckeller@winston.com*)
>W. Gordon Dobie  (*wdobie@winston.com*)
>William Charles O'Neill  (*woneil@winston.com*)
>WINSTON & STRAWN, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700
>
>*Counsel for Plaintiff Morton Grove Pharmaceuticals, Inc.*

                                                  s/ Debbie L. Berman
                                                  Debbie L. Berman