# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.3(B)

I, Debbie L. Berman, counsel for Defendant The National Pediculosis Association, Inc. ("NPA"), submit this Certificate pursuant to N.D. Ill. Local Rule 16.3(b) to certify that a copy of the notice and all information regarding the Voluntary Mediation Program for Lanham Act Cases has been provided to NPA. On March 20, 2008, I sent this information via U.S. First Class mail to Deborah Altschuler, President of NPA and party representative for this matter.

Dated: March 26, 2008

Respectfully submitted,

s/ Debbie L. Berman
Debbie L. Berman

Debbie L. Berman (#6205154)
Jennifer A. Hasch (#6272366)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

-2-

## CERTIFICATE OF SERVICE

I, Debbie L. Berman, hereby certify that on March 26, 2008, I caused copies of the foregoing Certificate Pursuant to Local Rule 16.3(b) to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli  (*trivelli@winston.com*)
>Cherish M. Keller  (*ckeller@winston.com*)
>W. Gordon Dobie  (*wdobie@winston.com*)
>William Charles O'Neill  (*woneil@winston.com*)
>WINSTON & STRAWN, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700
>
>*Counsel for Plaintiff Morton Grove Pharmaceuticals, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Debbie L. Berman
　　　　　　　　　　　　　　　　　　　　　　　　　Debbie L. Berman