# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Morton Grove Pharmaceuticals, Inc.

                        Plaintiff,

v.                                            Case No.: 1:08−cv−01384

                                            Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:16 (a)(1)(A) disclosures due by 5/1/08 Plaintiff shall comply with FRCP(26)(a)(2) by 8/4/08. Defendant shall comply with FRCP(26)(a)(2) by 10/1/08. Status hearing set for 7/11/2008 at 09:30 AM. Fact Discovery ordered closed by 9/2/2008; and expert discovery by 11/1/08. Dispositive motions with supporting memoranda due by 11/21/2008. Motions in limine with supporting memoranda due by 2/13/2009. Responses due by 2/27/2009. Scheduling conference set for 4/8/08 is now vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.