# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL PEDICULOSIS ASSOCIATION, INC.,<br><br>Defendant. | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

## JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐ A. The undersigned will participate in the Court's mediation program.

☒ B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

☐ C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement

☐ D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached)

1642535

| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
|---|---|
| s/ William C. O'Neil | s/ Debbie L. Berman |

Dated:  April 8, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By:  s/ Debbie L. Berman
    One of Its Attorneys

*Filed jointly on behalf of Plaintiff*

Debbie L. Berman (#6205154)
Jennifer A. Hasch (#6272366)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

2

1642535

## CERTIFICATE OF SERVICE

I, Debbie L. Berman, hereby certify that on April 8, 2008, caused a copy of the foregoing **JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES** to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli  (*trivelli@winston.com*)
>Cherish M. Keller  (*ckeller@winston.com*)
>W. Gordon Dobie  (*wdobie@winston.com*)
>William Charles O'Neill  (*woneil@winston.com*)
>WINSTON & STRAWN, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700
>
>*Counsel for Plaintiff Morton Grove Pharmaceuticals, Inc.*

                           s/ Debbie L. Berman
                              Debbie L. Berman

1642535