UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−01384
                                                        Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's motion for protective order [25] heard and the motion is granted. A portion of the previous order entered on 3/26/08 denying plaintiff's motion for protective order was entered in error and that order is now corrected to read that plaintiff's motion (11) is granted. (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.