IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. | ) ) ) |
| Plaintiff, | ) ) ) No: 08-CV-1384 |
| v. | ) ) Judge Bucklo |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) Magistrate Judge Mason ) ) |
| Defendant. | ) ) ) |

**MORTON GROVE PHARMACEUTICALS, INC.'S**
<u>**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**</u>

Morton Grove Pharmaceuticals, Inc. ("Morton Grove"), by its attorneys, hereby moves pursuant to Federal Rule of Civil Procedure 37 to compel complete responses to Morton Grove's Second Set of Interrogatories within 10 days. In the alternative, Morton Grove requests that this Court grant it leave to ask more than 25 interrogatories. In addition, Morton Grove requests that this Court compel complete responses to its Third Set of Interrogatories on May 14, because either Morton Grove has not asked 25 interrogatories or this Court grants Morton Grove leave to do so. Grounds for this motion are fully set forth in the accompanying memorandum of law.

Dated:  April 29, 2008	Respectfully Submitted,

                                       **MORTON GROVE PHARMACEUTICALS, INC.**


                                       By:__/s/ William C. O'Neil____
                                              One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

## CERTIFICATION

I, William C. O'Neil, attorney of record for Plaintiff Morton Grove Pharmaceuticals, Inc., hereby offer the following Rule 37 and Local Rule 37.2 certification with respect to Morton Grove Pharmaceutical, Inc.'s Motion to Compel. As to this motion, I certify that after correspondence on April 7 and April 14, and a meet and confer on April 15 with Wade Thomson and April Otterberg of Jenner & Block, the parties were not able to reach accord on the matters that are the subject of the motion and did not reach an accord thereafter. I further certify that I have made good faith attempts at reaching an accord on all matters in the foregoing motion.

Dated: April 29, 2008　　　　　　　　　　　　　　　　　　/s/William C. O'Neil

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Motion to Compel Answers to Interrogatories** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Jennifer A. Hasch
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

>/s/ William C. O'Neil