**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. ) ) ) Plaintiff, ) ) v. ) ) THE NATIONAL PEDICULOSIS ) ASSOCIATION, INC., ) ) Defendant. ) ) ) | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

**NOTICE OF MOTION**

TO:   Debbie L. Berman
      Jennifer A. Hasch
      Amanda S. Amert
      Wade A. Thomson
      April A. Otterberg
      JENNER & BLOCK LLP
      330 North Wabash Avenue
      Chicago, Illinois 60611

   PLEASE TAKE NOTICE that on Tuesday, May 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present **Morton Grove Pharmaceuticals, Inc.'s Motion to Compel Answers to Interrogatories**, a copy of which accompanies this Notice and is hereby served upon you.

Dated:  April 29, 2008          Respectfully Submitted,
                                **MORTON GROVE PHARMACEUTICALS, INC.**

                                By:   /s/ William C. O'Neil
                                      One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Notice of Motion** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Jennifer A. Hasch
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

>/s/ William C. O'Neil