UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                    Plaintiff,

v.                                        Case No.: 1:08−cv−01384
                                                          Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery motions including motion to compel (30) and discovery supervision.(mpj, )Mailed notice.

Dated: May 5, 2008

                                                                      /s/ Elaine E. Bucklo

                                                                 United States District Judge