**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) No: 08-CV-1384 |
| v. | )<br>) Judge Bucklo |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) Magistrate Judge Mason<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF MOTION**

TO:    Debbie L. Berman
           Jennifer A. Hasch
           Amanda S. Amert
           Wade A. Thomson
           April A. Otterberg
           JENNER & BLOCK LLP
           330 North Wabash Avenue
           Chicago, Illinois 60611

       PLEASE TAKE NOTICE that on Thursday, May 15, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Michael T. Mason, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, and then and there present **Morton Grove Pharmaceuticals, Inc.'s Motion to Compel Answers to Interrogatories**, a copy of which was previously served upon you.

Dated: May 6, 2008         Respectfully Submitted,
                                    **MORTON GROVE PHARMACEUTICALS, INC.**

                                    By:__/s/ William C. O'Neil____
                                         One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Notice of Motion** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Jennifer A. Hasch
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

>/s/ William C. O'Neil