**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC._____Plaintiff,_____v._____THE NATIONAL PEDICULOSIS ASSOCIATION, INC.,_____Defendant. | )<br>)<br>)<br>)<br>)  No: 08-CV-1384<br>)<br>)  Judge Bucklo<br>)  Magistrate Judge Mason<br>)<br>)<br>)<br>) |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO DEFENDANT'S ANSWER AND COUNTERCLAIM**

Morton Grove Pharmaceuticals, Inc. ("Morton Grove"), by and through its attorneys, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) to extend the time to answer or otherwise respond to the Answer and Counterclaim filed by the National Pediculosis Association, Inc. ("NPA") from May 29, 2008 up to and including June 30, 2008.  In support thereof, Morton Grove states as follows:

1. On March 7, 2008, Morton Grove filed its Complaint against the NPA.

2. On March 7, 2008, Morton Grove also sent counsel for the NPA a Waiver of Service of Summons, providing the NPA with 60 days to answer or otherwise respond.

3. On May 6, 2008, NPA filed its Answer and Counterclaim against Morton Grove.  The NPA's Counterclaim includes 145 paragraphs spanning 27 pages.

4. Morton Grove's time to answer or otherwise respond to the Answer and Counterclaim currently expires on May 29, 2008.

5.  Given the length and complexity of NPA's Answer and Counterclaim, a 30-day extension of time will allow Morton Grove sufficient time to prepare a thorough answer and will not cause undue delay.

6.  On May 6 and 8, 2008, Morton Grove's counsel conferred with counsel for the NPA, who agreed to a 30-day extension of time.  Such an extension moves the filing deadline to June 30, 2008.

WHEREFORE, Plaintiff Morton Grove Pharmaceuticals, Inc. respectfully requests that this Court enter an order extending the time to answer or otherwise respond up to and including June 30, 2008.  Such an order is attached as Exhibit A and is also being submitted to the Court via email.

Dated: May 16, 2008                    Respectfully Submitted,

**MORTON GROVE PHARMACEUTICALS, INC.**


By:   /s/ William C. O'Neil
         One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of May 2008, I caused a copy of the **Agreed Motion For Extension Of Time To Answer Or Otherwise Respond To Defendant's Answer and Counterclaim** to be served on counsel of record via ECF electronic filing:

> Debbie L. Berman
> Jennifer A. Hasch
> Amanda S. Amert
> Wade A. Thomson
> April A. Otterberg
> JENNER & BLOCK LLP
> 330 North Wabash Avenue
> Chicago, Illinois 60611
> T: (312) 222-9350
> F: (312) 527-0484

          /s/ William C. O'Neil