# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. </br></br>   Plaintiff, </br></br> v. </br></br> THE NATIONAL PEDICULOSIS ASSOCIATION, INC., </br></br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No: 08-CV-1384 </br></br> Judge Bucklo </br> Magistrate Judge Mason |

## ORDER

This matter having come before the Court pursuant to an agreed motion by the parties, it is hereby ordered that the time for Plaintiff Morton Grove Pharmaceuticals, Inc. to answer or otherwise respond to Defendant National Pediculosis Association Inc.'s Counterclaim is extended until June 30, 2008.


Dated: May __, 2008          _____

                             Judge Elaine Bucklo
                             United States District Court