**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) ) ) ) |
| Defendant. | ) ) ) ) |

No: 08-CV-1384

Judge Bucklo
Magistrate Judge Mason

**NOTICE OF MOTION**

TO:   Debbie L. Berman
       Jennifer A. Hasch
       Amanda S. Amert
       Wade A. Thomson
       April A. Otterberg
       JENNER & BLOCK LLP
       330 North Wabash Avenue
       Chicago, Illinois 60611

   PLEASE TAKE NOTICE that on Thursday, May 22, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present the **Agreed Motion for Extension of Time to Answer or Otherwise Respond to Defendant's Answer and Counterclaim**, a copy of which accompanies this Notice and is hereby served upon you.

Dated: May 16, 2008          Respectfully Submitted,
                              **MORTON GROVE PHARMACEUTICALS, INC.**

                              By:   /s/ William C. O'Neil
                                    One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Notice of Motion** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Jennifer A. Hasch
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

>_____/s/ William C. O'Neil_____