**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE NATIONAL PEDICULOSIS  )<br>ASSOCIATION, INC.,  )<br>)<br>Defendant.  )<br>) | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO:  Debbie L. Berman
     Jennifer A. Hasch
     Amanda S. Amert
     Wade A. Thomson
     April A. Otterberg
     JENNER & BLOCK LLP
     330 North Wabash Avenue
     Chicago, Illinois 60611

   PLEASE TAKE NOTICE that on Wednesday, May 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Michael T. Mason, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, and then and there present Morton Grove Pharmaceuticals, Inc.'s Motion for Protective Order and to Quash Subpoena, a copy of which accompanies this Notice and is hereby served upon you.

Dated: May 22, 2008         Respectfully Submitted,
                            **MORTON GROVE PHARMACEUTICALS, INC.**

                            By:  /s/ W. Gordon Dobie
                                 One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2008, I caused a copy of **Morton Grove Pharmaceuticals, Inc.'s Notice of Motion** to be served on counsel of record via ECF electronic filing:

>Debbie L. Berman
>Jennifer A. Hasch
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

>_____/s/ William C. O'Neil_____