**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Morton Grove Pharmaceuticals, Inc.
                                                                Plaintiff,

v.                                                               Case No.: 1:08−cv−01384
                                                                     Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Defendant's response, limited to 10 pages, to plaintiff's motion for protective order and to quash subpoena [43] to be filed by 6/6/08. Plaintiff's reply, limited to 5 pages, to be filed by 6/13/08. Courtesy copies to chambers, room 2206. Ruling by mail. No appearance is required on the noticed motion date of 5/28/08.(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.