# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NATIONAL PEDICULOSIS )<br>ASSOCIATION, INC., )<br>)<br>Defendant. )<br>) | No.: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Michael T. Mason, or any judges sitting in his stead, in the courtroom usually occupied by him in the United States District Court of the Northern District of Illinois, and then and there present **Motion to Withdraw**, a copy of which is attached and hereby is served upon you.

Dated: June 5, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By:   S/ Jennifer A. Hasch
      One of Its Attorneys

Debbie L. Berman (#67205154)
Amanda S. Amert (#6271860)
Jennifer A. Hasch (#6272366)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

     I, Jennifer Hasch, hereby certify that on June 5, 2008, I caused a copy of the foregoing Motion to Withdraw, to be served upon the following via electronic filing through the CM/ECF system:

     Timothy Joseph Rivelli  (trivelli@winston.com )
     W. Gordon Dobie  (wdobie@winston.com)
     William Charles O' Neill  (woneil@winston.com)
     Cherish M. Keller  (ckeller@winston.com)
     Winston & Strawn, LLP
     35 West Wacker Drive
     41st Floor
     Chicago, IL  60601
     Telephone:  (312) 558-5600
     Facsimile:  (312) 558-5700

     \_\_\_\_S/ Jennifer A. Hasch_____
     Jennifer A. Hasch

1661651