## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01384
                                    Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

MINUTE entry before the Honorable Michael T. Mason: The notice of 6/12/08 for National Pediculosis Association, Inc.'s motion to withdraw Jennifer A. Hasch as attorney for The National Pediculosis Association, Inc. [48] is stricken. The motion [47] should be re−noticed before Judge Bucklo.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.