**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Morton Grove Pharmaceuticals, Inc.
                                        Plaintiff,

v.                                                              Case No.: 1:08−cv−01384
                                                                                      Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Plaintiff's response to defendant The National Pediculosis Association, Inc.'s Motion to Compel Production of Documents Related to Ecology Center Settlement [49] is to be filed by 6/20/08. The defendant The National Pediculosis Association, Inc.'s reply, if any, is limited to 5 pages and is to be filed by 6/27/08. The 6/12/08 notice date is stricken. The Court will rule by written order. (rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.