# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) <br> ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason <br><br> **JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW JENNIFER A. HASCH
## AS ATTORNEY FOR NATIONAL PEDICULOSIS ASSOCIATION

Defendant The National Pediculosis Association, Inc. ("NPA"), by its undersigned counsel, pursuant to Local Rule 83.17, respectfully requests that the Court grant Jennifer A. Hasch leave to withdraw her appearance in this action. Ms. Hasch requests leave to withdraw because she is leaving the firm of Jenner & Block LLP. This motion to withdraw does not affect the continuing representation of other Jenner & Block attorneys admitted in this matter.

WHEREFORE, NPA respectfully requests that the Court enter an order withdrawing the appearance of Jennifer A. Hasch as counsel in the above-captioned matter.

Dated: June 9, 2008                                                         Respectfully Submitted,


                                                                     ____S/ Jennifer A. Hasch_____
                                                                              Jennifer A. Hasch

Debbie L. Berman (#67205154)
Amanda S. Amert (#6271860)
Jennifer A. Hasch (#6272366)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

      I, Jennifer Hasch, hereby certify that on June 9, 2008, I caused a copy of the foregoing Motion to Withdraw, to be served upon the following via electronic filing through the CM/ECF system:

          Timothy Joseph Rivelli  (trivelli@winston.com )
          W. Gordon Dobie  (wdobie@winston.com)
          William Charles O' Neill  (woneil@winston.com)
          Cherish M. Keller  (ckeller@winston.com)
          Winston & Strawn, LLP
          35 West Wacker Drive
          41st Floor
          Chicago, IL  60601
          Telephone:  (312) 558-5600
          Facsimile:  (312) 558-5700


          ____S/ Jennifer A. Hasch_____
              Jennifer A. Hasch

1661651