# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) )  No.: 08-CV-1384 |
| v. | ) ) Judge Bucklo |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) Magistrate Judge Mason ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judges sitting in her stead, in the courtroom usually occupied by her in the United States District Court of the Northern District of Illinois, and then and there present **Motion to Withdraw**, a copy of which is attached and hereby is served upon you.

Dated: June 9, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By:  S/ Jennifer A. Hasch
     One of Its Attorneys

Debbie L. Berman (#67205154)
Amanda S. Amert (#6271860)
Jennifer A. Hasch (#6272366)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

     I, Jennifer Hasch, hereby certify that on June 9, 2008, I caused a copy of the foregoing Motion to Withdraw, to be served upon the following via electronic filing through the CM/ECF system:

          Timothy Joseph Rivelli  (trivelli@winston.com )
          W. Gordon Dobie  (wdobie@winston.com)
          William Charles O' Neill  (woneil@winston.com)
          Cherish M. Keller  (ckeller@winston.com)
          Winston & Strawn, LLP
          35 West Wacker Drive
          41st Floor
          Chicago, IL  60601
          Telephone:  (312) 558-5600
          Facsimile:  (312) 558-5700


                ____S/ Jennifer A. Hasch_____
                      Jennifer A. Hasch

1661651