# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1384 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Morton Grove Pharmaceuticals vs. The National Pediculosis Assoc., Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's Motion to Withdraw Jennifer A. Hasch as Attorney for defendant, National Pediculosis Association, Inc. [55] is granted. All other counsel at the firm of Jenner & Block, LLP will remain as counsel for the defendant. No appearance is necessary on 6/17/2008.

Docketing to mail notices.
Telephoned notice by Judicial staff.

| | Courtroom Deputy Initials: | SB |
|---|---|---|