# EXHIBIT A

## O'Neil, William C.

| | |
|---|---|
| **From:** | O'Neil, William |
| **Sent:** | Thursday, December 20, 2007 1:21 PM |
| **To:** | 'Sipchen, James J.' |
| **Subject:** | RE: |

Agreed. Thanks, Jim.

-----Original Message-----
From: Sipchen, James J. [mailto:jsipchen@pretzel-stouffer.com]
Sent: Thursday, December 20, 2007 1:00 PM
To: O'Neil, William
Subject: RE:

Bill:

This is acceptable assuming of course that disclosure is also appropriate to our client's insurance carrier who will have to be apprised of your demand.

James J. Sipchen
Pretzel & Stouffer, Chartered
One South Wacker
Suite 2500
Chicago, Illinois 60606
(312) 346-1973 (general)
(312) 578-7422 (direct)
(312) 346-8242 (fax)
jsipchen@pretzel-stouffer.com (email)

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


-----Original Message-----
From: O'Neil, William [mailto:WOneil@winston.com]
Sent: Thursday, December 20, 2007 12:38 PM

1

To: Sipchen, James J.
Subject:

Jim:

Per my voicemail, I am working to provide you our proposal by close of business today. Before doing so, however, I would like your agreement not to disclose our proposal to the NPA, the Court, or to any third-party with the exception of your client. It would also not be admissible for any purpose and would have the traditional protections of Rule 408. Please reply with a confirmation that this is acceptable to you.

Regards,

Bill

William C. O'Neil
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601
P: 312.558.5308
F: 312.558.5700
woneil@winston.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*****************************************************************
******
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.