# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Morton Grove Pharmaceuticals, Inc.

Plaintiff,

v.                                                             Case No.: 1:08–cv–01384

Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

MINUTE entry before the Honorable Michael T. Mason: Magistrate Judge Status hearing held on 6/26/08 and continued to 8/26/2008 at 09:00 a.m. Parties are to confer with each other and contact the courtroom deputy at (312) 435–6051 if/when there is an interest in scheduling a settlement conference. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.