IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL PEDICULOSIS ASSOCIATION, INC.<br><br>Defendants. | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

**MORTON GROVE PHARMACEUTICAL, INC.'S
MOTION TO DISMISS THE NATIONAL
PEDICULOSIS ASSOCIATION, INC.'S COUNTERCLAIM**

Morton Grove Pharmaceuticals, Inc. ("Morton Grove"), by its attorneys, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for this Court to dismiss the National Pediculosis Association, Inc.'s ("NPA's") counterclaim with prejudice. The grounds for this motion are fully set forth in the accompanying memorandum of law in support, which is incorporated by reference herein.

Dated: June 30, 2008          Respectfully Submitted,

**MORTON GROVE PHARMACEUTICALS, INC.**

By:  /s/ William C. O'Neil
         One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of June 2008, I caused a copy of **Morton Grove Pharmaceutical, Inc.'s Motion to Dismiss the National Pediculosis Association, Inc.'s Counterclaim** to be served on counsel of record via ECF electronic filing:

> Debbie L. Berman
> Amanda S. Amert
> Wade A. Thomson
> April A. Otterberg
> JENNER & BLOCK LLP
> 330 North Wabash Avenue
> Chicago, Illinois 60611
> T: (312) 222-9350
> F: (312) 527-0484

                /s/ William C. O'Neil