**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>THE NATIONAL PEDICULOSIS ASSOCIATION, INC. )<br><br>Defendants. ) | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

**MORTON GROVE PHARMACEUTICALS, INC'S
MOTION FOR LEAVE TO FILE OVERSIZED
MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE
NATIONAL PEDICULOSIS ASSOCIATION, INC'S COUNTERCLAIM *INSTANTER*__**

Morton Grove Pharmaceuticals, Inc. ("Morton Grove") hereby requests leave of the Court *Instanter* to file a Memorandum of Law in Support of its Motion to Dismiss the National Pediculosis Association's ("NPA") counterclaim, which exceeds fifteen pages. In support of its motion, Morton Grove states as follows:

1. NPA raised multiple allegations in their 145-paragraph, 27-page counterclaim.

2. Morton Grove has prepared a 23-page memorandum of law in support of its motion that addresses each of these legal issues. A copy of this memorandum is attached hereto as Exhibit A.

3. This extension is necessary to fully address the multitude of allegations made by NPA and will assist the Court in resolving these issues.

WHEREFORE, for the foregoing reasons, Morton Grove respectfully requests leave of the Court *Instanter* to file an oversized Memorandum of Law in Support of its Motion to Dismiss NPA's counterclaim.

Dated:  June 30, 2008              Respectfully Submitted,

**MORTON GROVE PHARMACEUTICALS, INC.**

By:   /s/ William C. O'Neil        
       One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June 2008, I caused a copy of **Morton Grove Pharmaceutical, Inc.'s Motion For Leave To File Oversized Memorandum Of Law In Support Of Its Motion To Dismiss NPA's Counterclaim** to be served on counsel of record via ECF electronic filing:

                    Debbie L. Berman
                    Amanda S. Amert
                    Wade A. Thomson
                    April A. Otterberg
                    JENNER & BLOCK LLP
                    330 North Wabash Avenue
                    Chicago, Illinois 60611
                    T: (312) 222-9350
                    F: (312) 527-0484

                            /s/ William C. O'Neil