### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>THE NATIONAL PEDICULOSIS ASSOCIATION, INC., )<br><br>Defendant. ) | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

### NOTICE OF MOTION

TO:    Debbie L. Berman
        Amanda S. Amert
        Wade A. Thomson
        April A. Otterberg
        JENNER & BLOCK LLP
        330 North Wabash Avenue
        Chicago, Illinois 60611

PLEASE TAKE NOTICE that on Monday, July 7, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Morton Grove Pharmaceuticals, Inc.'s Motion to Strike Allegations and Defenses In The National Pediculosis Association, Inc.'s Answer and Counterclaim, Motion To Dismiss NPA's Counterclaim, and Motion for Leave to File Oversized Memorandum of Law in Support of Its Motion to Dismiss the NPA's Counterclaim *Instanter*, a copy of which accompany this Notice and are hereby served upon you.

Dated: June 30, 2008        Respectfully Submitted,
                                  **MORTON GROVE PHARMACEUTICALS, INC.**

                                  By:  /s/ William C. O'Neil
                                        One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of June 2008, I caused a copy of **Morton Grove Pharmaceutical, Inc.'s Notice of Motion** to be served on counsel of record via ECF electronic filing:

> Debbie L. Berman
> Amanda S. Amert
> Wade A. Thomson
> April A. Otterberg
> JENNER & BLOCK LLP
> 330 North Wabash Avenue
> Chicago, Illinois 60611
> T: (312) 222-9350
> F: (312) 527-0484

                           /s/ William C. O'Neil