## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−01384
                                              Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion for leave to file excess pages [67] is granted. Set deadlines/hearing as to motion to dismiss[66], motion to strike, motion for relief, [64] : Responses due by 7/24/2008. Replies due by 8/7/2008. Target date for ruling by mail set for 9/2/08. Status hearing reset for 9/12/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.