IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. </br></br> Plaintiff, </br></br> v. </br></br> THE NATIONAL PEDICULOSIS ASSOCIATION, INC., </br></br> Defendant. | No: 08-CV-1384 </br></br> Judge Bucklo </br> Magistrate Judge Mason |

**AGREED MOTION TO ENTER**
**SCHEDULING ORDER REGARDING EXPERT DISCOVERY**

Morton Grove Pharmaceuticals, Inc. ("Morton Grove"), by its attorneys, Winston & Strawn LLP, submits this motion to request that this Court enter the attached agreed scheduling order regarding expert discovery and disclosures. In support thereof, Morton Grove states as follows:

1.  On April 7th, this Court issued the current scheduling order, which directs that Morton Grove submit its 26(b)(2) disclosures on August 4th; fact discovery close on September 2nd; the National Pediculosis Association, Inc. ("NPA") submit its 26(b)(2) disclosures on October 1st; and expert discovery close on November 1st. (April 7, 2008 Minute Entry, Docket Entry 23.)

2.  Because both parties may introduce experts in support of their respective claims and counterclaims, both parties may produce affirmative expert reports, and a new scheduling order regarding expert discovery is appropriate. Further, because brief amounts of additional

time would be beneficial to full discovery of the facts at issue, discovery dates should be adjusted as listed below, and later dates should be adjusted accordingly.

3.   Counsel for Morton Grove conferred with counsel for the NPA, and both parties agree to this schedule.

4.   Thus, Morton Grove respectfully requests that the Court enter the following case management schedule, attached as Exhibit A and also emailed to the Court:

| | |
|---|---|
| Close of fact discovery: | October 1, 2008 |
| Parties submit Rule 26(b)(2) affirmative reports: | October 15, 2008 |
| Parties submit reports for any new rebuttal experts: | November 14, 2008 |
| Close of expert discovery: | December 15, 2008 |
| Dispositive motions: | January 30, 2009 |
| Motions in limine: | March 2, 2009 |
| Responses to motions in limine: | March 16, 2009 |

WHEREFORE, Morton Grove respectfully requests that this Court enter the Scheduling Order attached as Exhibit A and also emailed to the Court.

Dated: July 15, 2008                    Respectfully Submitted,

**MORTON GROVE PHARMACEUTICALS, INC.**

By:   /s/ William C. O'Neil
          One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700

## CERTIFICATE OF SERVICE

       I hereby certify that on this 15th day of July 2008, I caused a copy of this **Agreed Motion to Enter Scheduling Order Regarding Expert Discovery** to be served on the following counsel of record by ECF electronic filing:

>Debbie L. Berman
>Amanda S. Amert
>Wade A. Thomson
>April A. Otterberg
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 222-9350
>F: (312) 527-0484

           /s/ Cherish M. Keller