# EXHIBIT A

Case 1:08-cv-01384　　Document 70-2　　Filed 07/15/2008　　Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. ) ) ) Plaintiff, ) ) v. ) ) THE NATIONAL PEDICULOSIS ) ASSOCIATION, INC., ) ) Defendant. ) ) ) | No: 08-CV-1384  Judge Bucklo Magistrate Judge Mason |

**SCHEDULING ORDER REGARDING EXPERT DISCOVERY**

**THIS CAUSE COMING TO BE HEARD** on Morton Grove's Agreed Motion to Enter Scheduling Order Regarding Expert Discovery, the Court being fully advised in the premises:

**WHEREAS**, both parties may produce affirmative expert reports in support of their claims and counterclaims and may desire to produce reports by rebuttal experts as well, and with other dates adjusted as suggested by the parties,

**IT IS ORDERED AS FOLLOWS:**

1. The following case management schedule is entered:

   | | |
   |---|---|
   | Close of fact discovery: | October 1, 2008 |
   | Parties submit Rule 26(b)(2) affirmative reports: | October 15, 2008 |
   | Parties submit reports for any new rebuttal experts: | November 14, 2008 |
   | Close of expert discovery: | December 15, 2008 |
   | Dispositive motions: | January 30, 2009 |
   | Motions in limine: | March 2, 2009 |
   | Responses to motions in limine: | March 16, 2009 |

SO ORDERED this ___ day of _____, 2008

_____
Judge Elaine Bucklo
United States District Court