# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. ) ) ) | |
| Plaintiff, ) ) | No: 08-CV-1384 |
| v. ) ) | Judge Bucklo |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., ) ) ) | Magistrate Judge Mason |
| Defendant. ) ) ) | |

## NOTICE OF MOTION

TO:  Debbie L. Berman
     Amanda S. Amert
     Wade A. Thomson
     April A. Otterberg
     JENNER & BLOCK LLP
     330 North Wabash Avenue
     Chicago, Illinois 60611

PLEASE TAKE NOTICE that on Wednesday, July 23, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Morton Grove Pharmaceuticals, Inc.'s Agreed Motion to Enter Scheduling Order Regarding Expert Discovery, a copy of which accompanies this Notice and is hereby served upon you.

Dated: July 15, 2008                Respectfully Submitted,

                                    **MORTON GROVE PHARMACEUTICALS, INC.**

                                    By:__/s/ William C. O'Neil____
                                        One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of July 2008, I caused a copy of this **Notice of Motion** to be served on counsel of record via ECF electronic filing:

    Debbie L. Berman
    Amanda S. Amert
    Wade A. Thomson
    April A. Otterberg
    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, Illinois 60611
    T: (312) 222-9350
    F: (312) 527-0484

        s/ Cherish M. Keller