**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Morton Grove Pharmaceuticals, Inc.
              Plaintiff,

v.                  Case No.: 1:08−cv−01384
                  Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's agreed motion [70] for entry of scheduling order is granted. Fact Discovery ordered closed by 10/1/2008 and expert discovery by 12/15/08. Dispositive motions with supporting memoranda due by 1/30/2009. Pretrial Order due by 3/2/2009. Motions in limine with supporting memoranda due by 3/2/2009. Responses due by 3/16/2009. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.