IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08-CV-1384 |
| vs. | ) ) ) | Judge Bucklo<br>Magistrate Judge Mason |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

**MOTION FOR LEAVE TO FILE *INSTANTER* OVERSIZED MEMORANDUM IN OPPOSITION TO MORTON GROVE PHARMACEUTICALS, INC.'S MOTION TO DISMISS THE NATIONAL PEDICULOSIS ASSOCIATION, INC.'S COUNTERCLAIM**

The National Pediculosis Association, Inc. ("NPA") hereby moves this Court for leave *instanter* to file a memorandum in excess of 15 pages in opposition to Morton Grove Pharmaceuticals, Inc.'s ("Morton Grove") Motion to Dismiss NPA's Counterclaim. In support of this motion, NPA states as follows:

1. Morton Grove sought and received leave *instanter* to file an oversized memorandum of law in support of its motion to dismiss NPA's counterclaim.

2. Morton Grove's memorandum of law is 23 pages, with line spacing condensed to 1 and ½ inches.

3. In its memorandum, Morton Grove raised numerous issues, including some in a cursory fashion that nonetheless require a response from NPA. For instance, though Morton Grove devoted one line in the conclusion of its memorandum to a request for Rule 11 sanctions, NPA's needed to adequately address this improper and baseless request.

4.   Though NPA has carefully selected which of Morton Grove's issues to address and has attempted to write concisely, its memorandum in opposition to Morton Grove's motion is 22 pages.

5.   NPA believes an oversized memorandum will allow this Court to fully understand the issues raised in Morton Grove's motion and will assist this Court in an efficient resolution.

6.   NPA's oversized memorandum, along with its exhibits and an appendix of unpublished cases, is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, NPA respectfully requests leave of Court *instanter* to file an oversized memorandum in opposition to Morton Grove's Motion to Dismiss NPA's Counterclaim.

Dated:  July 24, 2008                                Respectfully submitted,

                                                     THE NATIONAL PEDICULOSIS
                                                     ASSOCIATION, INC.

                                                     By:   s/ Debbie L. Berman
                                                           One of Its Attorneys

Debbie L. Berman (#67205154)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
April A. Otterberg (#6290396)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

2

**CERTIFICATE OF SERVICE**

I, Debbie L. Berman, hereby certify that on July 24, 2008, I caused copies of the foregoing **Motion for Leave to File *Instanter* Oversized Memorandum in Opposition to Morton Grove Pharmaceuticals, Inc.'s Motion to Dismiss the National Pediculosis Association, Inc.'s Counterclaim,** to be served upon the following via electronic filing through the CM/ECF system:

> Timothy Joseph Rivelli (*trivelli@winston.com*)
> W. Gordon Dobie (*wdobie@winston.com*)
> William Charles O'Neill (*woneil@winston.com*)
> Cherish M. Keller (*ckeller@winston.com*)
> WINSTON & STRAWN, LLP
> 35 West Wacker Drive
> 41st Floor
> Chicago, IL  60601
> Telephone:  (312) 558-5600
> Facsimile:  (312) 558-5700

s/ Debbie L. Berman