**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) <br> ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, July 31, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court of the Northern District of Illinois, and then and there present **Motion For Leave To File *Instanter* Oversized Memorandum In Opposition To Morton Grove Pharmaceuticals, Inc.'s Motion To Dismiss The National Pediculosis Association, Inc.'s Counterclaim**, a copy of which is attached and hereby is served upon you.

Dated:  July 24, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By:  s/ Debbie L. Berman
         One of Its Attorneys

Debbie L. Berman (#67205154)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
April A. Otterberg (#6290396)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

I, Debbie L. Berman, hereby certify that on July 24, 2008, I caused a copy of the foregoing Notice of Motion, and **Motion For Leave To File *Instanter* Oversized Memorandum In Opposition To Morton Grove Pharmaceuticals, Inc.'s Motion To Dismiss The National Pediculosis Association, Inc.'s Counterclaim** referenced therein, to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli  (trivelli@winston.com )
>W. Gordon Dobie  (wdobie@winston.com)
>William Charles O' Neill  (woneil@winston.com)
>Cherish M. Keller  (ckeller@winston.com)
>Winston & Strawn, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700

_____s/ Debbie L. Berman_____
Debbie L. Berman