### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NATIONAL PEDICULOSIS )<br>ASSOCIATION, INC., )<br>)<br>Defendant. )<br>) | No: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason |

### NOTICE OF MOTION

TO:    Debbie L. Berman
         Amanda S. Amert
         Wade A. Thomson
         April A. Otterberg
         JENNER & BLOCK LLP
         330 North Wabash Avenue
         Chicago, Illinois 60611

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Morton Grove Pharmaceuticals, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, and then and there present Morton Grove Pharmaceuticals, Inc.'s Motion for Leave to File Amended Complaint, a copy of which accompanies this Notice and is hereby served upon you.

Dated: July 24, 2008         Respectfully Submitted,

**MORTON GROVE PHARMACEUTICALS, INC.**

By:  /s/ W. Gordon Dobie
        One of its Attorneys

W. Gordon Dobie (wdobie@winston.com)
Timothy Rivelli (trivelli@winston.com)
William C. O'Neil (woneil@winston.com)
Cherish M. Keller (ckeller@winston.com)
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of July 2008, I caused a copy of this **Notice of Motion** to be served on counsel of record via ECF electronic filing:

> Debbie L. Berman
> Amanda S. Amert
> Wade A. Thomson
> April A. Otterberg
> JENNER & BLOCK LLP
> 330 North Wabash Avenue
> Chicago, Illinois 60611
> T: (312) 222-9350
> F: (312) 527-0484

                    /s/ William C. O'Neil