**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Morton Grove Pharmaceuticals, Inc.
          Plaintiff,

v.      Case No.: 1:08−cv−01384
      Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Set deadlines/hearing as to plaintiff's motion for leave to file[77] amended complaint : Responses due by 8/7/2008. Replies due by 8/15/2008. Ruling to be made by mail by 8/22/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.