UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                Plaintiff,

v.                                            Case No.: 1:08−cv−01384
                                            Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Plaintiff's response to defendant the National Pediculosis Association, Inc's motion to compel the Production of Documents and Deposition of Non−party Dr. Amy S. Paller [81] is due by 8/14/2008. Defendant's reply is due by 8/21/2008. No appearance is necessary on the 8/5/08 noticed motion date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.