# EXHIBIT A

**Exhibit A is filed separately under seal,
pursuant to the protective order entered on April 22, 2008.**