IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) <br> ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:   PLEASE SEE CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Michael T. Mason, or any judges sitting in his stead, in the courtroom usually occupied by him in the United States District Court of the Northern District of Illinois, and then and there present **Defendant The National Pediculosis Association, Inc.'s Motion for Clarification of the Court's August 14, 2008 Order**, a copy of which accompanies this Notice and is hereby served upon you.

Dated: August 21, 2008

Respectfully submitted,

THE NATIONAL PEDICULOSIS
ASSOCIATION, INC.

By:   s/ Debbie L. Berman
       One of Its Attorneys

Debbie L. Berman (#6205154)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
April A. Otterberg (#6290396)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

I, Debbie L. Berman, hereby certify that on August 21, 2008, I caused copies of the foregoing **Notice of Motion,** and **Defendant The National Pediculosis Association, Inc.'s Motion for Clarification of the Court's August 14, 2008 Order**, and the exhibit referenced therein, to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli (*trivelli@winston.com*)
>W. Gordon Dobie (*wdobie@winston.com*)
>William Charles O'Neil (*woneil@winston.com*)
>Cherish M. Keller (*ckeller@winston.com*)
>WINSTON & STRAWN, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700


                                                   s/ Debbie L. Berman
                                                   Debbie L. Berman