**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Morton Grove Pharmaceuticals, Inc.

                                        Plaintiff,

v.                                                              Case No.: 1:08–cv–01384
                                                                Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

        MINUTE entry before the Honorable Michael T. Mason: At the parties request, status hearing and notice of motion set for 8/26/08 is re–set to 8/27/2008 at 09:00 a.m. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.