**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE NATIONAL PEDICULOSIS ASSOCIATION, INC., <br><br> Defendant. | No. 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT THE NATIONAL PEDICULOSIS ASSOCIATION, INC.'S**
**MOTION TO EXTEND THE TIME ALLOWED FOR DISCOVERY**

**INDEX OF EXHIBITS**

Exhibit 1   Declaration of Wade Thomson (and accompanying exhibits)

    Exhibit A   June 9, 2008 letter from W. Thomson to W. O'Neil

    Exhibit B   June 18, 2008 letter from W. Thomson to W. O'Neil

    Exhibit C   June 26, 2008 letter from W. Thomson to W. O'Neil

    Exhibit D   July 3, 2008 letter from W. O'Neil to W. Thomson

    Exhibit E   June 27, 2008 letter from W. O'Neil to W. Thomson

    Exhibit F   July 7, 2008 email from W. O'Neil to W. Thomson (attached objections and responses to subpoenas omitted)

    Exhibit G   July 16, 2008 email from W. Thomson to W. O'Neil

    Exhibit H   August 15, 2008 letter from W. Thomson to W. O'Neil

    Exhibit I   Notice of Rule 30(b)(6) Deposition

    Exhibit J   August 19, 2008 email from W. Thomson to W. O'Neil

    Exhibit K   August 21, 2008 letter from W. O'Neil to W. Thomson

    Exhibit L   August 22, 2008 email from W. Thomson to W. O'Neil

    Exhibit M   August 25, 2008 email from W. O'Neil to W. Thomson