IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 08-CV-1384 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | Magistrate Judge Mason |
| THE NATIONAL PEDICULOSIS ASSOCIATION, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

**THIS CAUSE COMING TO BE HEARD** on the National Pediculosis Association, Inc.'s Motion to Extend the Time Allowed for Discovery, the Court being fully advised in the premises, it is hereby **ORDERED** as follows:

The following case management order is entered:

| | |
|---|---|
| Close of fact discovery: | December 15, 2008 |
| Parties submit Rule 26(b)(2) affirmative reports: | February 2, 2009 |
| Parties submit reports for any new rebuttal experts: | March 2, 2009 |
| Close of expert discovery: | April 1, 2009 |
| Dispositive motions: | May 15, 2009 |
| Motions in limine: | June 15, 2009 |
| Responses to motions in limine: | June 30, 2009 |

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge Elaine E. Bucklo
United States District Court