IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NATIONAL PEDICULOSIS )<br>ASSOCIATION, INC., )<br>)<br>Defendant. )<br>) | No.: 08-CV-1384<br><br>Judge Bucklo<br>Magistrate Judge Mason<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on Thursday, August 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court of the Northern District of Illinois, and then and there present **Defendant the National Pediculosis Association, Inc.'s Motion to Extend the Time Allowed for Discovery**, a copy of which is attached and hereby is served upon you.

Dated:  August 25, 2008

                                              Respectfully submitted,

                                              THE NATIONAL PEDICULOSIS
                                              ASSOCIATION, INC.

                                              By:  s/ Debbie L. Berman
                                                    One of Its Attorneys

Debbie L. Berman (#6205154)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
April A. Otterberg (#6290396)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

**CERTIFICATE OF SERVICE**

I, Debbie L. Berman, hereby certify that on August 25, 2008, I caused a copy of the foregoing Notice of Motion, and **Defendant the National Pediculosis Association, Inc.'s Motion to Extend the Time Allowed for Discovery** referenced therein, to be served upon the following via electronic filing through the CM/ECF system:

> Timothy Joseph Rivelli  (trivelli@winston.com )
> W. Gordon Dobie  (wdobie@winston.com)
> William Charles O' Neil  (woneil@winston.com)
> Cherish M. Keller  (ckeller@winston.com)
> Winston & Strawn, LLP
> 35 West Wacker Drive
> 41st Floor
> Chicago, IL  60601
> Telephone:  (312) 558-5600
> Facsimile:  (312) 558-5700
>
> *Counsel for Plaintiff Morton Grove Pharmaceuticals, Inc.*

                                                        s/ Debbie L. Berman
                                                    Debbie L. Berman