UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                          Plaintiff,
v.                                        Case No.: 1:08−cv−01384
                                          Honorable Elaine E. Bucklo
The National Pediculosis Association, Inc.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable Michael T. Mason: Plaintiff's motion to quash or modify the subpoena issued to non−party Dr. Amy Paller [100] is granted in part and denied in part consistent with the rulings made in open court on 8/27/08 and this Court's 8/27/08 order [112].Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.