UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−01384
                                                    Honorable Elaine E. Bucklo
The National Pediculosis Association, Inc.
                                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion for extension of discovery set for hearing on 8/28/08 is referred to Magistrate Judge Mason for resolution.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.