IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL PEDICULOSIS ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) <br> ) | No.: 08-CV-1384 <br><br> Judge Bucklo <br> Magistrate Judge Mason <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, The National Pediculosis Association, Inc., by its attorneys, will appear before the Honorable Michael T. Mason, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court of the Northern District of Illinois, and then and there present **Defendant the National Pediculosis Association, Inc.'s Motion to Extend the Time Allowed for Discovery**, a copy of which was previously served upon you.


Dated: September 5, 2008                              Respectfully submitted,

                                                                  THE NATIONAL PEDICULOSIS
                                                                  ASSOCIATION, INC.

                                                                  By:   s/ Debbie L. Berman
                                                                         One of Its Attorneys

Debbie L. Berman (#6205154)
Amanda S. Amert (#6271860)
Wade A. Thomson (#6282174)
April A. Otterberg (#6290396)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## CERTIFICATE OF SERVICE

I, Debbie L. Berman, hereby certify that on September 5, 2008, I caused a copy of the foregoing Notice of Motion for the **Defendant the National Pediculosis Association, Inc.'s Motion to Extend the Time Allowed for Discovery** referenced therein to be served upon the following via electronic filing through the CM/ECF system:

>Timothy Joseph Rivelli  (trivelli@winston.com )
>W. Gordon Dobie  (wdobie@winston.com)
>William Charles O' Neil  (woneil@winston.com)
>Cherish M. Keller  (ckeller@winston.com)
>Winston & Strawn, LLP
>35 West Wacker Drive
>41st Floor
>Chicago, IL  60601
>Telephone:  (312) 558-5600
>Facsimile:  (312) 558-5700
>
>*Counsel for Plaintiff Morton Grove Pharmaceuticals, Inc.*

>     s/ Debbie L. Berman
>          Debbie L. Berman