# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Morton Grove Pharmaceuticals, Inc.

                                      Plaintiff,

v.                                                              Case No.: 1:08−cv−01384

                                                                        Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Defendant, NPA's notice of motion date of 9/11/08 for presentment of defendant's motion for extension of time to complete discovery is stricken. The Court will address said motion at a later date.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.