# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Morton Grove Pharmaceuticals, Inc.

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−01384

                                                                   Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's objections to Magistrate Judge's order on motion to compel are taken under advisement. Ruling will be made by mail. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.