UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Morton Grove Pharmaceuticals, Inc.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01384
                                    Honorable Elaine E. Bucklo

The National Pediculosis Association, Inc.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:The objections of The National Pediculosis Association to the August 14 magistrate judge's order on defendant's motion to compel are sustained. The complaint relies on the settlement of the earlier case. Presumably, plaintiff intends to attempt to put that settlement in evidence to show that defendant's former co−defendant agreed that it had engaged in misconduct. Considering the circumstances of these two lawsuits, defendant has a right to know details of the settlement, including the reasons Ecology Center agreed to the retraction alleged in paragraphs 33, 38 and 42 of the amended complaint,. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.